*E-Filed 5/5/10*

1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney
4 |     150 Almaden Blvd., Suite 900
    San Jose, California 95113
5 |     Telephone: (408) 535-5082
    FAX: (408) 535-5081
6 |     claire.cormier@usdoj.gov

7 | Attorneys for Department of Health and Human Services

8 | Amitai Schwartz (State Bar No. 55187)
Moira Duvernay (State Bar No. 233279)
9 | Law Offices of Amitai Schwartz
Watergate Towers
10 | 2000 Powell Street, Suite 1286
Emeryville, CA 94608
11 | Telephone:  (510) 597-1775
Facsimile:   (510) 597-0957
12 | attorneys@schwartzlaw.com

13 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA ADVOCATES FOR NURSING HOME REFORM, | No. C 10-0773 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, | Case Management Conference Currently Set for June 3, 2010 10:00 a.m. |
| Defendant | |

   This is a Freedom of Information Act case.  This case is currently scheduled for an initial case management conference on June 3, 2010.

   The parties have worked cooperatively toward resolving the merits of the case without court involvement and the government defendant has made a series of disclosures and anticipates making more.  As discussed in detail in the parties' joint case management statement, the parties believe that the merits of the  case will be resolved or made moot without further involvement of the Court or the Court's formal ADR procedures.

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CMC
Case No.  C 10-0773 RS

1  Accordingly, the parties hereby STIPULATE and respectfully request that the case
2  management conference set for June 3, 2010 be continued for approximately 60 days.

3  Respectfully submitted,

4  DATED: May 4, 2010        LAW OFFICES OF AMITAI SCHWARTZ

5  /s/ Amitai Schwartz
   AMITAI SCHWARTZ
6  Attorney for Plaintiff

7  DATED: May 5 , 2010        JOSEPH P. RUSSONIELLO
                               United States Attorney
8
                               /s/ Claire T. Cormier
9                              CLAIRE T. CORMIER[1]
                               Assistant United States Attorney
10

11  **[PROPOSED] ORDER**

12  Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY
13  ORDERED that the initial case management conference for this case is continued to August 5,
14  2010 at 10:00 a.m.

15
16  DATED: 5/5/10            _____
                             Richard Seeborg
17                           United States District Judge

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
Case No.  C 10-0773 RS                      2