*E-Filed 7/26/10*

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4      150 Almaden Blvd., Suite 900
       San Jose, California 95113
5      Telephone: (408) 535-5082
       FAX: (408) 535-5081
6      claire.cormier@usdoj.gov

7  Attorneys for Department of Health and Human Services

8  Amitai Schwartz (State Bar No. 55187)
   Moira Duvernay (State Bar No. 233279)
9  Law Offices of Amitai Schwartz
   Watergate Towers
10 2000 Powell Street, Suite 1286
   Emeryville, CA 94608
11 Telephone:  (510) 597-1775
   Facsimile:   (510) 597-0957
12 attorneys@schwartzlaw.com

13 Attorneys for Plaintiff

14                 UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| CALIFORNIA ADVOCATES FOR NURSING HOME REFORM, | No. C 10-0773 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, | Case Management Conference Currently Set for August 5, 2010 10:00 a.m. |
| Defendant | |

This is a Freedom of Information Act case.  This case is currently scheduled for an initial case management conference on August 5, 2010.  The case management conference has previously been continued once due to the parties' request.

The parties have worked cooperatively toward resolving the merits of the case without court involvement and the government defendant has made a series of disclosures.  As discussed in detail in the parties' previous joint case management statement, the parties believe

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
Case No.  C 10-0773 RS

1  that the merits of the case are likely to be resolved or made moot without further involvement
2  of the Court or the Court's formal ADR procedures.  Since the previous stipulated extension,
3  there have been some unforeseen complications in resolving the last of the issues in the merits
4  of the case, but the parties are still hopeful that the matter can be resolved without assistance
5  from the Court.  After the merits are resolved, the parties will attempt to resolve plaintiff's
6  claims for attorneys' fees.  If they are unable to settle that claim, plaintiff may bring a motion
7  for attorneys' fees.

8     In order to allow time to try to resolve the remaining issues in this case, the parties
9  hereby STIPULATE and respectfully request that the case management conference set for
10 August 5, 2010 be continued to September 9, 2010.

|   |   |   |
|---|---|---|
| 11 |   | Respectfully submitted, |
| 12 | DATED: July 23, 2010 | LAW OFFICES OF AMITAI SCHWARTZ |
| 13 |   | /s/ Amitai Schwartz |
| 14 |   | AMITAI SCHWARTZ<br>Attorney for Plaintiff |
| 15 | DATED: July 26, 2010 | JOSEPH P. RUSSONIELLO |
| 16 |   | United States Attorney |
| 17 |   | /s/ Claire T. Cormier |
| 18 |   | CLAIRE T. CORMIER[1]<br>Assistant United States Attorney |

19
20

21                          [PROPOSED] ORDER

22     Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY
23 ORDERED that the initial case management conference for this case is continued to September
24 9, 2010 at 10:00 a.m.

25
26 DATED:  7/26/10                             Richard Seeborg
27                                             United States District Judge
28

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
Case No.  C 10-0773 RS                         2